

## NUMBER 13-09-00636-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE: TERRIANCE JONES

On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

**Before Justices Yañez, Benavides, and Vela**
**Memorandum Opinion by Justice Vela**

Relator, Terriance Jones, filed a (pro se) petition for writ of mandamus in the above cause on November 23, 2009. The State filed its response on January 6, 2010.

The Court, having examined and fully considered the petition for writ of mandamus and the response, is of the opinion that relator has not shown himself entitled to the relief sought. In particular, relator has not provided this Court with a record establishing that the trial court has refused to make a ruling with respect to his petition requesting an exemption

from registration as a sex offender.  *See* TEX. CODE CRIM. PROC. ANN. ART. 62.301 (Vernon 2006).  Accordingly, relator's petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.8(a).

Rose Vela
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Dissenting Memorandum Opinion
by Justice Linda R. Yañez

Delivered and filed the 2nd
day of February, 2010.